In the Matter of a Petition Purporting to Nominate JOHN F. HYLAN for Governor and Others for Certain Public Offices of the State of New York as Candidates of the Recovery Party.

JOHN F. HYLAN et al., Appellants; EDWARD P. McCOR-MACK et al., Respondents.

(Argued October 31, 1934; decided October 31, 1934.)

*Harry. A. Gordon, Eric C. Gordon* and *Charles Norman Shaffer* for appellants.

*Robert E. Whalen, Charles J. Duncan, Anthony De Stefano, Edward S. Rooney, George W. Foy* and *George Myers* for respondents.

*Per Curiam.* Considering the fact that this is a summary proceeding, where prompt action is necessary, we find no question of law is presented which requires reversal. (Election Law [Cons. Laws, ch. 17], §§ 330, 335.)

The Supreme Court made " such order as justice may require," within the contemplation of the Election Law. (§ 330.) To order a new trial at this time for technical errors not affecting substantial rights would be a futility.

The order should be affirmed.

POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ., concur; LEHMAN, J., not sitting..

Order affirmed.